IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                        : CIVIL NO: C-1-00-398
                                  : MAGISTRATE JUDGE HOGAN

**JAMES E. TURNER,**

      **Defendant.**

## PLAINTIFF'S REQUEST FOR ISSUANCE OF AN ARREST WARRANT

Plaintiff, United States of America, respectfully requests this Honorable Court to issue an arrest warrant for **James E. Turner** to answer for his/her failure to appear Thursday, April 28, 2005 as ordered by this Court. The Order to Show Cause, filed March 14, 2005, was mailed to Defendant by first class postage paid mail as evidenced by the attached photocopy of the Certificate of Mailing on March 18, 2005. Plaintiff states this mailing was not returned as undeliverable and therefore concludes Defendant received said notification of the Show Cause hearing.

                                                             Respectfully submitted,

                                                             GREGORY G. LOCKHART
                                                             United States Attorney

                                                             s/Deborah F. Sanders
                                                             DEBORAH F. SANDERS (0043575)
                                                             Assistant United States Attorney
                                                             Attorney for Plaintiff
                                                             303 Marconi Boulevard, Suite 200
                                                             Columbus, Ohio 43215
                                                             (614) 469-5715
                                                             Fax: (614) 469-5240
                                                             Deborah.Sanders @usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff's Request for Issuance of an Arrest Warrant was filed using the CM/ECF system and mailed this 6th day of June 2005, to James E. Turner, 3340 Bonaparte Ave, Cincinnati, OH 45207 by first class, postage paid mail.

s/Deborah F. Sanders
DEBORAH F. SANDERS (0043575)
Assistant United States Attorney