**U.S. POSTAL SERVICE — CERTIFICATE OF MAILING**

MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL. DOES NOT PROVIDE FOR INSURANCE–POSTMASTER

Received From:
United States Attorneys Office

James E. Turner
3340 Bonaparte Ave
Cincinnati, OH 45207

PS Form 3817, January 2001

[Postmark: UNITED STATES POSTAL SERVICE, MAR 17 2005, MAILED FROM ZIPCODE 45215, $00.900, U.S. OFFICIAL MAIL, PENALTY FOR PRIVATE USE $300]