United States District Court
Southern District of Ohio
Western Division

UNITED STATES OF AMERICA,
    Plaintiff                           1:00CV398

vs.                                     Black, M.J.

JAMES TURNER,
    Defendant                           ORDER

The bench warrant previously issued in this matter (Doc. 35) is hereby VACATED.

IT IS SO ORDERED.

Date: 6/17/05

Timothy S. Black
United States Magistrate Judge