IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

vs.                                   : CIVIL NO: C-1-00-398
                                       : MAGISTRATE JUDGE HOGAN

JAMES E. TURNER,

3340 Bonaparte Ave
Cincinnati, OH 45207
           Defendant.                          **BENCH WARRANT**

TO ANY UNITED STATES MARSHAL:

It is appearing that the above named Defendant failed to appear before the **Honorable Magistrate Judge Hogan**, United States District Court Judge at Cincinnati Ohio, on **April 28, 2005**, as directed and in view thereof, no cause to the contrary having been shown, the Court Ordered the arrest of said Defendant and directed that this warrant issue;

**Therefore you are commanded to arrest:**

**James E. Turner** and bring him/her forthwith before the **UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION, at CINCINNATI, OHIO,** to answer to the charge of failure to appear.

Bond fixed by the Court at $_____, dated at Cincinnati, Ohio by the direction of the Court on _____.

\*Marshal shall locate
Defendant and transport
to Federal Courthouse
in Cincinnati, Ohio.

\* Marshal shall not input
Defendant's Personal information
into Criminal data base until
the Court and the U.S. Attorney's
Office have been notified.

**James Bonini, Clerk**
UNITED STATES DISTRICT COURT

*Arthur Hill*
By: Deputy Clerk

Date: 6-8-05

**RETURN**

This Bench Warrant was received and executed with the arrest of the above named Defendant at

RETURNED UNEXECUTED – QUASHED

DATE RECEIVED  06/16/05

DATE OF ARREST  N/A

DATED AT CINCINNATI, OHIO ON

_Signature of Arresting Officer_

DEPUTY U.S. MARSHAL
Title of Arresting Officer